UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DEWALL,<br>    PLAINTIFF,<br><br>v.<br><br>KNOLL, INC.,<br>    DEFENDANT. | NO. 1:16-CV-1126<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the Opinion and Order entered on this date (ECF No. 25) and pursuant to Federal Rule of Civil Procedure 58, judgment hereby enters.

Date: October 18, 2017
/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge